No. 347. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS, ETC. v. WILBUR. E. SKINNER;

No. 348. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS, ETC. v. VICTOR H. WILSON;

No. 349. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS, ETC. v. WARREN R. BENNISON; and

No. 350. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS, ETC. v. PETER S. STONEHAM. Certiorari to the Supreme Court of the State of Missouri. January 4,

OCTOBER TERM, 1926.　777

273 U. S.　Cases Disposed of Without Consideration by the Court.

1927. Dismissed with costs on motion of *Mr. Sidney F. Andrews,* with whom *Messrs. A. A. McLaughlin, E. T. Miller,* and *Henry S. Conrad* were on the brief, for petitioner. *Mr. William S. Hogsett* for respondents.